IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JORDAN HICKS, individually and
on behalf of all others similarly situated                                          PLAINTIFF

v.                          Case No. 3:18-cv-00133 KGB

LINDSEY MANAGEMENT, CO., INC.,
and SCOTT ROGERSON                                                                 DEFENDANTS

## ORDER

Pending before the Court is the unopposed motion of defendants Lindsey Management, Co., Inc., and Scott Rogerson for an extension of time to respond to plaintiffs' motion for partial summary judgment (Dkt. No. 78). For good cause shown, the Court grants the motion. Accordingly, defendants must respond to plaintiffs' motion for partial summary judgment on or before December 9, 2019. Defendants' previous motion for extension of time to respond to plaintiffs' motion for partial summary judgment is denied as moot (Dkt. No. 77).

SO ORDERED this 28th day of October, 2019.

Kristine G. Baker
United States District Judge