IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JORDAN HICKS, Individually and on
Behalf of All Others Similarly Situated**                                     **PLAINTIFF**

vs.                              No. 3:18-CV-133-KGB

**LINDSEY MANAGEMENT, CO., INC.,
And SCOTT ROGERSON**                                                **DEFENDANTS**

### DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants, Lindsey Management Co., Inc. ("Lindsey"), and Scott Rogerson, by and through their undersigned counsel, FRIDAY, ELDREDGE & CLARK, LLP, and for their Cross-Motion for Summary Judgment state:

1. Plaintiffs filed their Motion for Partial Summary Judgment on August 28, 2019. Since that time, and with this Court's allowance (*see* Doc. No. 72), the parties have conducted additional discovery, and Defendants now respond to Plaintiffs' Partial Motion for Summary Judgment and file their Cross-Motion for Summary Judgment on the same basis.

2. The question of law at issue in this case is a narrow one: does the Fair Labor Standards Act ("FLSA") require the inclusion of a rent discount in an employee's regular rate of pay even when the rent discount is not used to compensate or otherwise benefit an employee?

3. Because both parties ask this Court to answer the same question, Defendants' argument both refutes Plaintiffs' Motion for Partial Summary Judgment and supports Defendants' Motion for Partial Judgment because they are two sides of the same coin.

4. Accordingly, Defendants incorporate by reference the argument in their Response to Plaintiffs' Motion for Partial Summary Judgment and Brief in Support of Motion for Summary Judgment.

5. Plaintiffs worked in hourly positions at various apartment communities managed by Lindsey Management Co., Inc. ("Lindsey"). All Plaintiffs were required to live onsite in the apartment community where they worked.

6. Plaintiffs contend that rent discounts should have been included in their regular rate for the purposes of calculating overtime.

7. There is no genuine issue of material fact that neither Defendants nor Plaintiffs viewed the rent discount as a form of compensation.

8. Instead, the evidence shows the requirement for employees to live onsite at the apartment community where they worked, and the accompanying rent discount, were for the benefit of the apartment community owner.

9. Further, there is no dispute that Defendants met their minimum wage obligations and paid overtime for all hours worked.

10. Where an employer furnishes lodging or other facilities to employees primarily for the employer's own benefit or convenience, the cost of furnishing those facilities is not recognized as reasonable, and therefore, is not included in computing wages as a matter of law. *See* 29 C.F.R. § 531.3(d)(1); *see also* 29 C.F.R. § 531.32(c).

11. There is no genuine issue of material fact that plaintiffs received a rent discount primarily for the benefit of the apartment community owner. Indeed, plaintiffs who were deposed nearly universally agreed that the rent discount was for the apartment community's benefit and not their own.

12. Plaintiffs offer an overly simplistic and erroneous argument of the law.

13. Accordingly, this Court should deny Plaintiffs' Motion for Partial Summary Judgment, and grant Defendants' Motion for Summary Judgment.

14. Defendants incorporate by reference the reasoning stated in their Response to Plaintiffs' Motion for Partial Summary Judgment and Brief in Support of Defendants' Cross-Motion for Summary Judgment, and file the following supporting exhibits herewith:

   a. **Exhibit 1**- Affidavit of Jessie O. ("Job") Branch

   b. **Exhibit 2**- Affidavit of Betsy Fox with Exhibits:

      i. **A**- Shantell Standridge Separation Notice

      ii. **B**- Taylor Deralau Separation Notice

      iii. **C**- Brock Gooden Separation Notice

      iv. **D**- Complete Copy of Job Announcement from Lindsey Management Website

   c. **Exhibit 3**- Affidavit of Jonathan Miller with Exhibit:

      i. **A**- Austin Calloway Separation Notice

   d. **Exhibit 4**- Betsy Fox Deposition Excerpts

   e. **Exhibit 5**- Andrew Cox Deposition Excerpts

   f. **Exhibit 6**- Stewart Hegemann Deposition Excerpts

   g. **Exhibit 7**- Vivian Shubin Deposition Excerpts

   h. **Exhibit 8**- Jordan Hicks Deposition Excerpts

   i. **Exhibit 9**- Edward Robinson Deposition Excerpts

WHEREFORE, for the foregoing reasons, Defendants pray this Court GRANT their Cross-Motion for Summary Judgment, for their costs, and for all other just and proper relief.

FEC\26907\0006\7387847.v1-12/9/19

Respectfully submitted,

Michael S. Moore (Ark. Bar No. 82112)
Friday, Eldredge & Clark, LLP
400 W. Capitol Ave., Ste. 2000
Little Rock, AR 72201
(501) 370-1526
mmoore@fridayfirm.com

*Attorneys for Defendants*
*Lindsey Management Co., Inc.*
*and Scott Rogerson*