IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JORDAN HICKS, individually and on
behalf of all others similarly situated**     **PLAINTIFF**

**v.**     **Case No. 3:18-cv-00133 KGB**

**LINDSEY MANAGEMENT, CO., INC.,
and SCOTT ROGERSON**     **DEFENDANTS**

## ORDER

Pending before the Court is the unopposed motion of defendants Lindsey Management Co., Inc., and Scott Rogerson for leave to file documents under seal (Dkt. No. 96). Defendants represent that an exhibit to their reply in support of defendants' cross-motion for summary judgment includes information that they have designated as confidential pursuant to the parties' agreed protective order (*Id.*, ¶ 2). Defendants also represent that the parties have conferred and that plaintiff Jordan Hicks has no objection to the request to file said exhibit under seal (*Id.*, ¶ 3). For good cause shown, the Court grants the motion (Dkt. No. 96). Accordingly, defendants may file under seal the exhibit to their reply in support of defendants' cross-motion for summary judgment.

It is so ordered this 4th day of February, 2020.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge