IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JORDAN HICKS, individually and on behalf
of all others similarly situated**                                           **PLAINTIFF**

**v.**                         **Case No. 3:18-cv-00133 KGB**

**LINDSEY MANAGEMENT CO., INC.,
and SCOTT ROGERSON**                                                   **DEFENDANTS**

## **ORDER**

Pending before the Court is the parties' joint motion for continuance (Dkt. No 108). The parties represent that the Court's rulings on four pending motions will affect the parties' preparation for trial and may impact the prospects of settlement (*Id.*, ¶ 5). The parties request that the Court remove this matter from its current trial setting and reschedule it and any remaining pretrial deadlines to the week of June 29, 2020 (*Id.*). The Court grants the parties' joint motion for continuance (Dkt. No. 108). The trial is rescheduled for the week of June 29, 2020. The Court will reset the trial and all remaining pretrial deadlines by separate order.

It is so ordered this 13th day of March, 2020.

                                                       */s/ Kristine G. Baker*
                                                       Kristine G. Baker
                                                       United States District Judge