IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JORDAN HICKS, individually and on behalf
of all others similarly situated**                                                                **PLAINTIFF**

**v.**                              **Case No. 3:18-cv-00133 KGB**

**LINDSEY MANAGEMENT CO., INC.,**                                                **DEFENDANTS**
**and SCOTT ROGERSON**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Jordan Hicks' complaint is dismissed with prejudice. The relief sought is denied.

It is so adjudged this 23rd day of April, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge