IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JORDAN HICKS**, individually and on behalf
of all others similarly situated                                                                            **PLAINTIFF**

v.                                    Case No. 3:18-cv-00133 KGB

**LINDSEY MANAGEMENT CO., INC.,**                                             **DEFENDANTS**
and **SCOTT ROGERSON**

## AMENDED JUDGMENT

Previously, this Court entered an Order and Judgment on the merits of this dispute (Dkt. Nos. 111, 112).  Now, this Court enters judgment on defendants Lindsey Management Co., Inc., and Scott Rogerson's bill of costs.  Pursuant to the Order entered on this date, judgment is entered in favor of defendants and against plaintiff Jordan Hicks for costs in the amount of $647.30.

It is so adjudged this 31st day of March, 2021.

_____
Kristine G. Baker
United States District Judge